ESTATE OF CARL J. SWENSON, DECEASED.

[No. 17,780; decided June 24, 1898.]

Administration—Last Residence of Decedent—Adjudication Respecting.—In granting administration, the court will be presumed to have based its adjudication respecting the last domicile of the decedent upon sufficient evidence, and such adjudication can be questioned by direct or appellate proceedings only.

Probate Court—Powers Purely Statutory.—The proceedings for the administration of the estates of deceased persons and for their distribution are purely statutory. The court has no other powers than those given by statute, and such incidental powers as pertain to it for enabling it to exercise the jurisdiction conferred upon it.

Nonresident Administrator—Delivery of Property to.—Where the principal administration on the estate of an intestate has been granted in this state, the court cannot deliver the residue of the estate over to an administrator in another state, to be finally administered and distributed. Section 1667 of the Code of Civil Procedure applies only to testamentary administrations.

Nonresident Administrator—Rights and Authority.—An administrator can exercise no right or authority beyond the jurisdiction within which he has been appointed. He cannot carry his official character abroad, nor can his official powers and duties be affected by foreign laws.

Petition by J. M. E. Atkinson for the delivery of the residue of the estate to him as administrator of the estate of Carl J. Swenson at Seattle, Kings county, Washington. Also a petition by Gustaf Albert Larson et al. for the distribution of this estate to the petitioners as the next of kin and heirs at law of the decedent.

---

ESTATE OF JULIA H. TRACY, DECEASED.

[No. 21,316; decided June 24, 1899.]

Revocation of Letters of Administration—Competency of Parties.— Where letters of administration with the will annexed have been granted to the public administrator on the estate of a deceased nonresident, a resident brother of the decedent, though not entitled to letters on an original application because of section 1365 of the Code of Civil Procedure, may nominate a stranger to petition for a revocation of the letters granted and for the issuance of letters to the petitioner, and the petition will be granted, both the nominor and the nominee being competent, under section 1369 of the Code of Civil Procedure, to serve as administrators.